# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018  
**Case Number: 16-21422 (JNP)**

Michelle Byrd  
11 Kearsley Court  
Sicklerville, NJ 08081

Monthly Payment: $670.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/17/2018 | $670.00 | 02/16/2018 | $670.00 | 03/14/2018 | $670.00 | 04/19/2018 | $670.00 |
| 05/11/2018 | $670.00 | 06/19/2018 | $670.00 | 07/31/2018 | $670.00 | 08/30/2018 | $670.00 |
| 09/18/2018 | $670.00 | 10/12/2018 | $670.00 | 11/16/2018 | $670.00 | 12/11/2018 | $670.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MICHELLE BYRD | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL, POSTERNOCK, APELL & DETRICK, PC | 13 | $2,060.77 | $2,060.77 | $0.00 | $0.00 |
| 1 | BAYVIEW LOAN SERVICING, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAP ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CITY OF CAMDEN | 24 | $589.23 | $574.98 | $14.25 | $249.24 |
| 4 | COMENITY BANK/ASHSTWRT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CREDIT UNION OF N J | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | EQUIFAX CREDIT INFORMATION SERVICES, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | EXPERIAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | TOWNSHIP OF GLOUCESTER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | OCWEN LOAN SERVICING, LLC | 24 | $16,623.41 | $16,221.48 | $401.93 | $7,031.68 |
| 11 | CITY OF CAMDEN WATER & SEWER | 24 | $124.14 | $121.14 | $3.00 | $52.51 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,757.17 | $0.00 | $4,757.17 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | STATE OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | TD BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | TRANSUNION, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | UDREN LAW OFFICES, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | CITY OF CAMDEN WATER & SEWER | 24 | $107.52 | $104.92 | $2.60 | $45.50 |
| 19 | CITY OF CAMDEN WATER & SEWER | 24 | $67.67 | $66.04 | $1.63 | $28.61 |
| 20 | OCWEN LOAN SERVICING, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2016 | 60.00 | $670.00 |
| 07/01/2021 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,040.00 |
| Total paid to creditors this period: | $7,407.54 |
| Undistributed Funds on Hand: | $615.06 |
| Arrearages: | $0.00 |
| Attorney: | MC DOWELL, POSTERNOCK, APELL & DETRICK, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**